**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE:**<br><br>**Willard Terry Kline, Jr a/k/a Willard T Kline Jr**<br><br>**DEBTOR** | **CASE NO. 26-42588**<br><br>**CHAPTER 13** |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

Pursuant to Bankruptcy Rules 9010(b) and 2002(I) and Local Rule 2002-5, the undersigned hereby notes his/her appearance as attorney for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, a creditor in the above case, and requests all parties in interest to serve copies of notices and all papers (including pleadings, motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned at the office address and telephone number set forth below.

LOGS LEGAL GROUP LLP
1715 Yankee Doodle Road, Suite 210
Eagan, MN 55121
(952) 831-4060

Dated: August 16, 2026.

RESPECTFULLY SUBMITTED,
LOGS LEGAL GROUP LLP

*<u>/s/ Tracy J. Halliday</u>*
Melissa L.B. Porter 0337778
Tracy Halliday 034610X
William M. Hennessey 0247145
logsecf@logs.com