**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Case No. 26-42588

Willard Terry Kline, Jr.,

Debtor.

Chapter 13

---

## ORDER FOR STATUS CONFERENCE ON INCOMPLETE FILINGS

---

On August 4, 2026, the Debtor filed a bankruptcy petition, which omitted several schedules and documents required under Section 521(a)(1) of the Bankruptcy Code, including the schedules, Statement of Financial Affairs, Statement of Current Monthly Income, payment advices and other documents. The Clerk of Court promptly notified Debtor of the missing documents and requested that the Debtor complete the filings by August 18, 2026. The Debtor has not since filed any additional documents.

Section 521(i)(1) allows the Court to automatically dismiss the case if the Debtor does not complete the filings required by Section 521(a)(1) within 45 days after filing bankruptcy. The 45th day in this case is Friday, September 18, 2026. The Court can automatically dismiss the case beginning on Monday, September 21, 2026, if the Debtor does not file the missing documents. The Court seeks to hold a status conference to determine the status of Debtor's case. The status conference shall be terminated if the Debtor files the missing documents. The Debtor must also file a chapter 13 plan.

IT IS ORDERED

1. A hearing will be held on September 9, 2026, at 10:00 a.m. at Courtroom 2B, Warren E. Burger United States Courthouse, 316 North Robert St. St. Paul, MN 55101. The Debtor may appear at the hearing via WebEx Video conferencing using the link:

https://us-courts.webex.com/us-courts/j.php?MTID=m594b0fb9729997da1232f37f296571ef

The Webex link can also be found under Hearing Information at:
www.mnb.uscourts.gov/judges/judge_bruggeman

Dated: *August 24, 2026*

s/ Mychal A. Bruggeman
Mychal A. Bruggeman
United States Bankruptcy Judge